CHIEN-YU MICHAEL WANG (265875)
Wilner & O'Reilly, APLC
2730 Gateway Oaks Drive, Suite 208
Sacramento, CA 95833
Telephone: (916) 643-4657
Facsimile: (916) 668-0083
E-mail: mwang@wilneroreilly.com
Attorney for Plaintiffs

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Iman Soltani Bozchalooi (U.S. Citizen Petitioner);<br><br>Mahvash Oskoui (Beneficiary)<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES DEPARTMENT OF STATE, ET AL.<br><br>        Defendants. | CASE NO. **2:25-cv-02983-DJC-SCR**<br><br>STIPULATION AND ORDER FOR EXTENSION OF RESPONSE DEADLINES |

The Plaintiff respectfully requests extending the deadline to respond/oppose to the motion to dismiss filed by the Defendant to March 2, 2026. Defendant's response to Plaintiff's opposition to be on March 16, 2026. Plaintiff's counsel and Defendant's counsel have agreed and stipulated to these proposed deadlines.

Dated: February 5, 2026

Respectfully submitted,

By: WILNER & O'REILLY, APLC

/s/ Chien-Yu Michael Wang, Esq.

Chien-Yu Michael Wang

1
RESPONSE TO DEFENDANT'S MOTION TO DISMISS

ERIC GRANT
Acting United States Attorney

/s/ SHELLEY D. WEGER
SHELLEY D. WEGER
Assistant United States Attorney

ORDER

It is so ordered.

Dated:  February 6, 2026                    /s/ Daniel J. Calabretta

THE HONORABLE DANIEL J. CALABRETTA
UNITED STATES DISTRICT JUDGE